FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1325

**Short Case Caption:** Altria Client Services LLC v. R.J. Reynolds Vapor Company

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Altria Client Services LLC

| | |
|---|---|
| **Principal Counsel:** Mark A. Perry | Admission Date: 05/06/1998 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP | |
| Address: 2001 M Street, N.W., Suite 600, Washington, D.C. 20036 | |
| Phone: 202-682-7511 | Email: mark.perry@weil.com |
| **Other Counsel:** Robert Niles-Weed | Admission Date: 07/06/2023 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP | |
| Address: 767 Fifth Avenue, New York, NY 10153 | |
| Phone: 212-310-8651 | Email: robert.niles-weed@weil.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 01/10/2025

Signature: /s/ Mark A. Perry

Name: Mark A. Perry

FORM 8A. Entry of Appearance

Form 8A (p.2)
July 2020

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Daniel Lifton | Admission Date: 10/04/2023 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP | |
| Address: 767 Fifth Avenue, New York, NY 10153 | |
| Phone: 212-310-8070 | Email: daniel.lifton@weil.com |
| **Other Counsel:** Elizabeth S. Weiswasser | Admission Date: 07/08/1993 |
| Firm/Agency/Org.: Paul, Weiss, Rifkind, Wharton & Garrison LLP | |
| Address: 1285 Avenue of the Americas, New York, NY 10019-6064 | |
| Phone: 212-373-3243 | Email: eweiswasser@paulweiss.com |
| **Other Counsel:** Anish Desai | Admission Date: 10/14/2011 |
| Firm/Agency/Org.: Paul, Weiss, Rifkind, Wharton & Garrison LLP | |
| Address: 1285 Avenue of the Americas, New York, NY 10019-6064 | |
| Phone: 212-373-3394 | Email: adesai@paulweiss.com |
| **Other Counsel:** W. Sutton Ansley | Admission Date: 06/15/2020 |
| Firm/Agency/Org.: Paul, Weiss, Rifkind, Wharton & Garrison LLP | |
| Address: 2001 K St NW, Washington, DC 20006 | |
| Phone: 202-381-5033 | Email: sansley@paulweiss.com |
| **Other Counsel:** Priyata Patel | Admission Date: 07/09/2019 |
| Firm/Agency/Org.: Paul, Weiss, Rifkind, Wharton & Garrison LLP | |
| Address: 2001 K St NW, Washington, DC 20006 | |
| Phone: 202-381-5035 | Email: ppatel@paulweiss.com |