NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALTRIA CLIENT SERVICES LLC,**
*Plaintiff-Appellee*

**v.**

**R.J. REYNOLDS VAPOR COMPANY,**
*Defendant-Appellant*

---

2025-1325

---

Appeal from the United States District Court for the Middle District of North Carolina in No. 1:20-cv-00472-WO-JLW, Judge William L. Osteen, Jr.

---

## ON MOTION

---

Before DYK, *Circuit Judge.*

### O R D E R

In this patent infringement case, R.J. Reynolds Vapor Company ("Reynolds") moved the district court for prospective relief under Federal Rule of Civil Procedure 60(b)(5) from the ongoing royalty award and for retroactive relief under Rule 60(b)(6) from the judgment and damages

award.[1]  The district court denied Rule 60(b)(6) relief but indicated that Reynolds's Rule 60(b)(5) request "poses a substantial issue" and "warrant[s] an evidentiary hearing." ECF No. 1-2 at 125, 154.  Reynolds appealed from the denial of Rule 60(b)(6) relief and now moves unopposed to hold this appeal in abeyance pending the district court's resolution of the Rule 60(b)(5) issues.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The appeal is held in abeyance. Within 14 days from the district court's final decision on the pending request for Rule 60(b)(5) relief, the parties shall inform this court as to how they believe this appeal should proceed.

FOR THE COURT

Frances M. McNulty
Chief Deputy Clerk of Court

May 16, 2025
Date

---

[1]  Reynolds previously appealed following the jury's verdict of infringement and the district court's denial of Reynolds's post-trial motions.  This court affirmed.  *See Altria Client Servs. LLC v. R.J. Reynolds Vapor Co.*, No. 2023-1546, 2024 WL 5165456 (Fed. Cir. Dec. 19, 2024).